UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., <br><br> Plaintiff, <br><br> v. <br><br> LOOPS, LLC, et al., <br><br> Defendants. | C17-1825 TSZ |
| LOOPS, L.L.C., et al. <br><br> Plaintiffs, <br><br> v. <br><br> MAXILL INC., et al. <br><br> Defendants. | C18-1026 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to consolidate the above-captioned cases, filed in C17-1825 TSZ as docket no. 15, as amended, docket no. 16, is GRANTED. Case Nos. C17-1825 TSZ and C18-1026 TSZ are hereby CONSOLIDATED for all purposes. All future pleadings, motions, briefs, and other papers shall be filed only in Case No. C17-1825 TSZ. The Clerk is DIRECTED to CLOSE Case No. C18-1026 TSZ.

(2) Attorney Kent M. Walker, who has appeared as counsel of record for Loops, LLC and Loops Flexbrush, LLC in C17-1825 TSZ, need not file another application to proceed pro hac vice with respect to C18-1026 TSZ. If Karthik Nadesan,

MINUTE ORDER - 1

however, wishes to continue as counsel of record for Loops, LLC and Loops Flexbrush, a pro hac vice application must be filed in C17-1825 TSZ within fourteen (14) days of the date of this Minute Order. Similarly, if counsel representing Maxill Inc. in Utah will participate in this matter following its transfer, they must file appropriate applications to proceed pro hac vice.

   (3) The July 30, 2018, deadline for a Joint Status Report concerning the status of the case pending in the District of Utah, which was set by Minute Order entered March 22, 2018, docket no. 14, is STRICKEN. The parties shall instead file a revised Joint Status Report, in the form required by the Order entered December 12, 2017, docket no. 5, within twenty-one (21) days of the date of this Minute Order.

   (4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 30th day of July, 2018.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk